UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   KERMIT LEON NICHOLS                       CASE NO. 20-10174
   PRISCILLA HAMMER NICHOLS             JUDGE BENJAMIN A. KAHN
   2483 N MEADOWS LOOP
   RANDLEMAN, NC  27317

        DEBTORS

SSN(1) XXX-XX-8990     SSN(2) XXX-XX-8947          DATE: 10/22/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BIRCHLAND MARKET<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $100.14<br>INT: .00%<br>NAME ID: 176247<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 1E2A<br>COMMENT: |
| BUNCE BUILDINGS<br>2100 S MAIN ST<br>LEXINGTON, NC  27292 | $0.00<br>INT: .00%<br>NAME ID: 125010<br>CLAIM #: 0010 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC,LSE,REJ |
| COMMONWEALTH ONE FCU<br>P O BOX 9997<br>ALEXANDRIA, VA  22304 | $19,000.00<br>INT: 6.75%<br>NAME ID: 181768<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 4401<br>COMMENT: 16TOYO |
| COMMONWEALTH ONE FCU<br>P O BOX 9997<br>ALEXANDRIA, VA  22304 | $0.00<br>INT: .00%<br>NAME ID: 181768<br>CLAIM #: 0009 | (S) SECURED<br>SURRENDERED<br>ACCT: 4403<br>COMMENT: OC,18NISS,REL |
| COMMONWEALTH ONE FCU<br>P O BOX 9997<br>ALEXANDRIA, VA  22304 | $8,688.50<br>INT: .00%<br>NAME ID: 181768<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 4404<br>COMMENT: |
| COMMONWEALTH ONE FCU<br>P O BOX 9997<br>ALEXANDRIA, VA  22304 | $1,521.85<br>INT: .00%<br>NAME ID: 181768<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5286<br>COMMENT: |
| COMMONWEALTH ONE FCU<br>P O BOX 9997<br>ALEXANDRIA, VA  22304 | $1,106.70<br>INT: .00%<br>NAME ID: 181768<br>CLAIM #: 10004 | (U) UNSECURED<br><br>ACCT: 4401<br>COMMENT: SPLIT |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $1,964.53<br>INT: 6.75%<br>NAME ID: 169961<br>CLAIM #: 0005 | (S) SECURED<br><br>ACCT: 8232<br>COMMENT: TV,LAP TOP |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA 19355 | $800.00<br>INT: 6.75%<br>NAME ID: 169961<br>CLAIM #: 0026 | (S) SECURED<br><br>ACCT: 8233<br>COMMENT: REFRIG,WATER LINE,520A |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA 19355 | $2,254.04<br>INT: .00%<br>NAME ID: 169961<br>CLAIM #: 10026 | (U) UNSECURED<br><br>ACCT: 8233<br>COMMENT: SPLIT |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA 19101-7317 | $477.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 19TX<br>COMMENT: OC,620A |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677-2813 | $4,648.53<br>INT: .00%<br>NAME ID: 158804<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 6827<br>COMMENT: 820TFCL |
| KIMBRELLS OF NC INC<br>460 N FAYETTEVILLE ST<br>ASHEBORO, NC 27203 | $1,191.15<br>INT: 6.75%<br>NAME ID: 158077<br>CLAIM #: 0006 | (S) SECURED<br><br>ACCT: 8947<br>COMMENT: MOWER |
| LAB CORP<br>P O BOX 2240<br>BURLINGTON, NC 27216-2240 | $0.00<br>INT: .00%<br>NAME ID: 2431<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LENDMARK FINANCIAL SERVICES LLC<br>2118 USHER ST<br>COVINGTON, GA 30014 | $2,903.32<br>INT: .00%<br>NAME ID: 157722<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 4884<br>COMMENT: |
| LISA RAE NICHOLS<br>% BUREAU FOR CHILD SUPPORT<br>P O BOX 247<br>CHARLESTON, WV 25321 | $0.00<br>INT: .00%<br>NAME ID: 182217<br>CLAIM #: 0011 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LISA RAE NICHOLS<br>% FAYETTE COUNTY DHHR OFFICE-CHILD<br>SUPPORT<br>1400 VIRGINIA ST<br>OAK HILL, WV 25901 | $0.00<br>INT: .00%<br>NAME ID: 182266<br>CLAIM #: 0027 | (W) CHILD SUPPORT/ALIMONY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | $3,414.22<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 1971<br>COMMENT: |
| MARINER FINANCE NORTH CAROLINA INC<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | $1,065.48<br>INT: .00%<br>NAME ID: 150555<br>CLAIM #: 0025 | (U) UNSECURED<br><br>ACCT: 2356<br>COMMENT: |
| MONTGOMERY WARD<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX 75380 | $902.92<br>INT: .00%<br>NAME ID: 151087<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 2290<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 8990<br>COMMENT: OC |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $399.96<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT: 8990<br>COMMENT: OC |
| SEVENTH AVENUE<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $456.12<br>INT: .00%<br>NAME ID: 150901<br>CLAIM #: 0020 | (U) UNSECURED<br><br>ACCT: 2570<br>COMMENT: |
| STONEBERRY<br>% CREDITORS BANKRUPTCY SERVICES<br>P O BOX 800849<br>DALLAS, TX  75380 | $376.58<br>INT: .00%<br>NAME ID: 151969<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 1C2G<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $193.16<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0022 | (U) UNSECURED<br><br>ACCT: 7347<br>COMMENT: TJX |
| THE SWISS COLONY<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $1,207.98<br>INT: .00%<br>NAME ID: 150760<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 284A<br>COMMENT: |
| TRIAD RETINA AND DIABETIC EYE<br>P O BOX 650292<br>DALLAS, TX  75265 | $0.00<br>INT: .00%<br>NAME ID: 181402<br>CLAIM #: 0024 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6524<br>COMMENT: |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $1,442.60<br>INT: 6.75%<br>NAME ID: 151523<br>CLAIM #: 0007 | (S) SECURED<br><br>ACCT: 5663<br>COMMENT:  TABLE,BAR STOOL,MITM |
| W S BADCOCK CORPORATION<br>P O BOX 724<br>MULBERRY, FL  33860 | $2,628.89<br>INT: 6.75%<br>NAME ID: 151523<br>CLAIM #: 0008 | (S) SECURED<br><br>ACCT: 5463<br>COMMENT:  2LAP TOPS,MITMS |
| **TOTAL:** | **$56,743.67** | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC  27263 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/22/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
Attorney for Debtors - Electronic Notice